MARCH 23, 1964.

No. 400. GARRISON *v.* LOUISIANA. Appeal from the Supreme Court of Louisiana. (Probable jurisdiction noted, 375 U. S. 900.) The motion of appellant to remove the case from the summary calendar is denied. *Eberhard P. Deutsch* on the motion.

No. 468. GALANTE *v.* UNITED STATES. (Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied, 375 U. S. 940.) The Solicitor General is requested to file a response to the petition for rehearing in this case within fifteen days.

No. 775. AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL. *v.* WITTSTEIN ET AL. Certiorari, *ante,* p. 942, to the United States Court of Appeals for the Second Circuit. The motion of petitioners to advance is denied. THE CHIEF JUSTICE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *Henry Kaiser, Eugene Gressman* and *George Kaufmann* on the motion.

No. 1045, Misc. MARTINEZ *v.* MADIGAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. *Morris Lavine* for petitioner.

No. 1058, Misc. SIMS *v.* CAVELL, CORRECTIONAL SUPERINTENDENT; and
No. 1106, Misc. POWERS *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.